United States District Court
Southern District of Texas
**ENTERED**
October 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IVERSON ESMAYCOL MEJIA JUAREZ, § § Petitioner, § § VS. § PAMELA BONDI, *et al.*, § § Respondents. § § § | CIVIL ACTION NO. 4:25-CV-03937 |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of even date, the writ of habeas corpus is granted.

This is a Final Judgment.

SIGNED on October 27, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge